IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:07CR00005LMB |
| | ) |
| PHILLIP D. LOGSDON, | ) |
| | ) |
| Defendant. | ) |

*Information dismissed.*
*2-26-07*
*JB*

## MOTION TO DISMISS

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Keith D. Sorrell, Assistant United States Attorney for said District, and, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, hereby request the Court to dismiss the previously filed Information in the above case.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*s/ Keith D. Sorrell*
Keith D. Sorrell, #33212
Assistant United States Attorney
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 334-3736
Facsimile: (573) 335-2393
E-mail: keith.d.sorrell@usdoj.gov